UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MICHELLE D. MOBLEY, )<br> )<br>  Plaintiff, )<br> )<br> vs. )<br> )<br>CAROLYN W. COLVIN, Commissioner of the )<br>Social Security Administration, )<br> )<br>  Defendant. ) | 4:12-cv-105- SEB-WGH |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation filed at Docket No. 18 and observing that the time for the parties to object to it has expired, now finds that Magistrate Judge's Report and Recommendation is meritorious and adopts it as the ruling of this Court.

Accordingly, the Commissioner's decision finding Plaintiff not disabled and not entitled to benefits is AFFIRMED. A separate judgment shall issue.

IT IS SO ORDERED.

Date: 08/19/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Timothy Reidinger
timreidinger@sbcglobal.net